UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Alex D. Horne,

      Plaintiff,

v.                                                              Civil No. 14-3070 (JNE/TNL)
                                                                ORDER
Gregory L. Meadows, Most
Worshipful Grand Master; and Most
Worshipful Prince Hall Grand
Lodge of Free and Accepted Masons
of Minnesota and Its Jurisdictions, Inc.,

      Defendants.

This matter is before the Court on a Report and Recommendation issued by the

Honorable Tony N. Leung, United States Magistrate Judge, on August 22, 2014. No objection to

the Report and Recommendation has been made. The Court has conducted a de novo review of

the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and

Recommendation [Docket No. 3].

Therefore, IT IS ORDERED THAT:

1.      The application of Plaintiff Alex D. Horne to proceed *in forma pauperis*
[Docket No. 2] is DENIED.

2.      The complaint [Docket No. 1] is DISMISSED without prejudice for lack
of jurisdiction pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

Dated: September 19, 2014

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge